RISE LAW FIRM, PC
Jana M. Moser (SBN 281072)
Meghan K. Maher (SBN 317908)
5900 Wilshire Blvd., Suite 2600
Los Angeles, California 90036
Telephone : 310.728.6588
Facsimile: 310.728.6560
jana@riselawfirm.com
meghan@riselawfirm.com

Attorneys for Plaintiff
CHRISTINA NELSON

Eric C. Sohlgren, Bar No. 161710
ecs@paynefears.com
Alejandro G. Ruiz, Bar No. 271999
agr@paynefears.com
PAYNE & FEARS
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

James M. Cleary, Jr., Texas Bar No. 00783838
*Admitted Pro Hac Vice*
cleary@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
808 Travis, 20th Floor
Houston, TX 77002
Telephone: (713) 632-1775
Fax No.: (713) 222-0101

Attorneys for Defendant
GENUENT USA, LLC.

Ronald D. Arena, Bar No. 218421
Satia Famili, Bar No. 319215
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104-4828
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email: rarena@arenahoffman.com

Attorneys For Defendant
MUFG Union Bank, N.A.

Case No. 3:18-cv-05930
JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA NELSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENUENT USA, LLC, a New Hampshire corporation; MUFG UNION BANK, N.A., a California national association; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-05930<br><br>ASSIGNED TO HON. JON S. TIGAR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE** |

IT IS HEREBY STIPULATED by and CHRISTINA NELSON ("Plaintiff"), Defendant GENUENT USA, LLC ("Genuent"), and Defendant MUFG UNION BANK, N.A. ("Union Bank") (collectively, "the Parties"), by and through their attorneys of record:

WHEREAS, the Complaint ("Complaint") in this matter was filed on August 27, 2018 in Superior Court of the State of California, County of San Francisco;.

WHEREAS, on September 27, 2018, Defendants Genuent and Union Bank removed the action to the Northern District of California;

WHEREAS, the Parties have met and conferred concerning the venue of this action;

WHEREAS, Plaintiff reported remotely to Genuent's Orange County office;

WHEREAS, the worksite from which assignments were made was Genuent's Orange County office;

WHEREAS, the Genuent employee who terminated Plaintiff works out of Genuent's Orange County office;

WHEREAS, the documents pertinent to this lawsuit within California are kept at Genuent's Orange County office and/or Union Bank's Monterey Park office;

WHEREAS, the witnesses Defendants intend to utilize in this lawsuit are located in Genuent's Orange County office and/or Union Bank's Monterey Park office;

WHEREAS, the Parties agree that, pursuant to 28 U.S.C. § 1404(a), this action should be transferred to the United States District Court for the Central District of California, Southern Division for the convenience of the parties and witnesses, as all or most of Plaintiff's causes of action are based on conduct which allegedly occurred in that District and Defendant's witnesses with knowledge of such alleged conduct are located in that District;

THEREFORE IT IS HEREBY STIPULATED AND AGREED:

1. This action shall be transferred from the Northern District of California to the United States District Court for the Central District of California, Southern Division.

Dated: October 23, 2018

JANA M. MOSER
MEGHAN K. MAHER
RISE LAW FIRM, PC

Attorneys for Plaintiff
CHRISTINA NELSON
GENUENT USA, LLC.

Dated: October 23, 2018

ERIC C. SOHLGREN
PAYNE & FEARS

JAMES M. CLEARY, JR.
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

Attorneys for Defendant
GENUENT USA, LLC.

Dated: October 23, 2018

*Ronald D. Arena by permission J. C[...]*

RONALD D. ARENA,
SATIA FAMILI
ARENA HOFFMAN LLP

Attorneys For Defendant
MUFG UNION BANK, N.A.

# [~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Stipulation to Transfer Venue, and good cause appearing therefore, IT IS HEREBY ORDERED that this action be transferred to the United States District Court for the Central District of California, Southern Division.

**IT IS SO ORDERED.**

Dated: October 29, 2018

_____
Judge JON S. TIGAR
United States District Court,
Northern District of California